B. C. HANSON V. THE STATE.

No. 23547. Delivered January 15, 1947.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a sentence of five years in the penitentiary on a charge of robbery.

The record is before us without bills of exception, and the statement of facts was filed ninety-four days after notice of appeal was given. Consequently it cannot be considered. Art. 760, C. C. P. Nothing is presented in the record for our consideration.

The judgment of the trial court is affirmed.